**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1431**

DAVID LOUIS WHITEHEAD,

Plaintiff – Appellant,

v.

TWENTIETH CENTURY FOX FILM CORPORATION, INCORPORATED;
TYNDALE HOUSE PUBLISHERS, INCORPORATED; NEW MARKET FILMS,
INCORPORATED; FOX 43,

Defendants – Appellees.

**No. 09-1736**

DAVID LOUIS WHITEHEAD,

Plaintiff – Appellant,

v.

TWENTIETH CENTURY FOX FILM CORPORATION, INCORPORATED;
TYNDALE HOUSE PUBLISHERS, INCORPORATED; NEW MARKET FILMS,
INCORPORATED; FOX 43,

Defendants – Appellees.

Appeals from the United States District Court for the Eastern
District of Virginia, at Alexandria. Claude M. Hilton, Senior
District Judge. (1:06-cv-01349-CMH-LO)

Submitted: January 27, 2010      Decided: February 24, 2010

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

David Louis Whitehead, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Louis Whitehead appeals the district court's order denying his motion to reopen or reassign his case and reconsideration thereof and the district court's order denying his motion to recuse the district court judge and consolidate his case and reconsideration thereof. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Whitehead v. Twentieth Century Fox Film Corp., No. 1:06-cv-01349-CMH-LO (E.D. Va. Mar. 16, 2009; filed Mar. 31, 2009 & entered Apr. 2, 2009; filed May 8, 2009 & entered May 13, 2009). We deny Whitehead's motion to consolidate these appeals with other appeals he has filed with this court, deny his emergency consolidated motion for injunctive relief, and deny his supplemental motions for injunctive relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED